IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOWER BRULE SIOUX TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06-cv-00922-L |
| | ) | Judge Lawrence J. Block |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF WITHDRAWAL AND SUBSTITUTION OF CO-COUNSEL**

To the Clerk of this Court and all parties of record:

Pursuant to the Rules of the Court of Federal Claims, Rule 83.1(c), Defendant hereby gives notice of the withdrawal of Jennifer Allaire as Attorney of Record, and the substitution of Maureen E. Rudolph as Attorney of Record for the Defendant in this matter. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Defendant by service upon Ms. Rudolph in substitution for Ms. Allaire at the address indicated below:

Maureen E. Rudolph
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0479
Facsimile: (202) 353-2021
E-mail:maureen.rudolph@usdoj.gov

Express Delivery:

601 D. Street, N.W.
Room 3205
Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original

process, should continue to be made upon Anthony P. Hoang, co-counsel for the Defendant.

Respectfully submitted this 15th day of November 2007,

RONALD J. TENPAS
Acting Assistant Attorney General

/s/ *Maureen E. Rudolph*
MAUREEN E. RUDOLPH, SD Bar #3176
ANTHONY P. HOANG, FL Bar # 798193
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: 202-305-0479
Tel: 202-305-0241
Fax: 202-353-2021

maureen.rudolph@usdoj.gov
anthony.hoang@usdoj.gov
Attorneys for Defendant

OF COUNSEL:

GLADYS ORR COJOCARI
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227